| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF FLORIDA | | |
|---|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAVINSON GOMEZ-OCAMPO<br>a/k/a Horacio Sanchez | DOCKET NO.<br>86-094CR-ARONOVITZ | | |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>DAVINSON GOMEZ-OCAMPO | | |
| WARRANT ISSUED ON THE BASIS OF:<br>☒ Indictment  ☐ Information  ☐ Order of Court  ☐ Complaint | | | |
| TO: ANY U.S. Marshal or Special Agent<br>Alcohol, Tobacco and Firearms | DISTRICT OF ARREST<br>CITY | | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Making false statement to licensed firearms dealer

FILED by PG D.C.
MAR 07 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA - MIAMI

RECEIVED '86 FEB 3 PM 3:39
U.S. MARSHAL
SOUTHERN DISTRICT OF FLORIDA

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>922(a)(6), App. 1202(a)(5) |
|---|---|---|
| BAIL FIXED BY COURT 100,000 Corp Surety<br>as modified by Jud. Officer | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE<br>2-3-86 |
| CLERK OF COURT | (BY) DEPUTY CLERK<br>Linda Sheran | DATE ISSUED<br>2-3-86 |

**RETURN**

Returned unexecuted per Court Order for Dismissal of Indictment, DTD 02/10/2015. (See Attached)
This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>02/03/1986 | NAME AND TITLE OF ARRESTING OFFICER<br>Amos Rojas Jr., USM, SD/FL | SIGNATURE OF ARRESTING OFFICER<br>By: Joe Godsk, SDUSM, SD/FL |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record